# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

**McKENZIE MORROW,**

                    **Plaintiff,**

v.

**DAVID PARKER, WILLIAM BERTHA, III,
SAU HAIDARI, LARRY L. RATTLER,
KEN MATLOCK, THOMAS BIGGANE,
ANTHONY HERNANDEZ,
MICHAEL J. GALLAGHER, VINCENT J. WALSH,
and CITY OF CHICAGO,**

                    **Defendants.**

Case Number:

FILED: JUNE 27, 2008
08CV 3684
JUDGE LEFKOW
MAGISTRATE JUDGE DENLOW
EDA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Plaintiff McKENZIE MORROW**

| | |
|---|---|
| NAME (Type or print) <br> **Irene K. Dymkar** | |
| SIGNATURE <br> /s **Irene K. Dymkar** | |
| FIRM <br> **Irene K. Dymkar** | |
| STREET ADDRESS <br> **300 West Adams, Suite 330** | |
| CITY/STATE/ZIP <br> **Chicago, IL 60606-5107** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> **90785719** | TELEPHONE NUMBER <br> **(312) 345-0123** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**    NO ☐ |