AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

McKENZIE MORROW,

        Plaintiff,

v.

DAVID PARKER, WILLIAM BERTHA, III,
SAU HAIDARI, LARRY L. RATTLER,
KEN MATLOCK, THOMAS BIGGANE,
ANTHONY HERNANDEZ,
MICHAEL J. GALLAGHER, VINCENT J.
WALSH, and CITY OF CHICAGO,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV 3684

JUDGE LEFKOW

MAGISTRATE JUDGE DENLOW

ASSIGNED JUDGE: EDA

DESIGNATED MAGISTRATE JUDGE:

*[Stamp: RECEIVED JUN 30 AM 11 31 2008 OFFICE OF THE CITY CLERK]*

TO:

City of Chicago
121 N. LaSalle, Room 107
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Irene K. Dymkar
    300 W. Adams St., Suite 330
    Chicago, IL 60606-5107

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

BY DEPUTY CLERK                                DATE

**Michael W. Dobbins, Clerk**

*/s/ Esperanza Arnold*
(By) DEPUTY CLERK

**June 27, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | June 30, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Linda DuBose | Plaintiff's Attorney Staff |

*Check one box below to indicate appropriate method of service*

- [x] Served personally upon the defendant. Place where served: <u>City of Chicago, 121 N. LaSalle, Room 107, Chicago, IL 60602</u>

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- [ ] Returned unexecuted: _____

- [ ] Other (specify): _____

*(stamp: 2008 JUN 30 AM 11:23 RECEIVED OFFICE OF THE CITY CLERK)*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>June 30, 2008</u>    <u>*/s/ Linda DuBose*</u>
                Date                        Signature of Server

<u>300 West Adams, Suite 330, Chicago, IL 60606-5107</u>
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.