# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

McKENZIE MORROW,

        Plaintiff,

v.

DAVID PARKER, WILLIAM BERTHA, III,
SAU HAIDARI, LARRY L. RATTLER,
KEN MATLOCK, THOMAS BIGGANE,
ANTHONY HERNANDEZ,
MICHAEL J. GALLAGHER, VINCENT J.
WALSH, and CITY OF CHICAGO,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 C 3684

ASSIGNED JUDGE: Joan H. Lefkow

DESIGNATED MAGISTRATE JUDGE: Morton Denlow

TO:

    DAVID PARKER
    Chicago Police Department
    3510 S. Michigan
    Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Irene K. Dymkar
    300 W. Adams St., Suite 330
    Chicago, IL 60606-5107

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_J. Cuantes_ (signature)
BY DEPUTY CLERK

JUN 3 0 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>June 30, 2008 |
| NAME OF SERVER (PRINT)<br>Rebecca Darugar | TITLE<br>Plaintiff's Attorney Staff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

X Other (specify): <u>Chicago Police Department, 3501 S. Michigan, Chicago, IL 60653</u>

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 30, 2008         *Rebecca Darugar*
　　　　　　　　Date　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　<u>300 West Adams, Suite 330, Chicago, IL 60606-5107</u>
　　　　　　　　　　　　　*Address of Server*