# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**McKENZIE MORROW,**

    **Plaintiff,**     **SUMMONS IN A CIVIL CASE**

 v.

            CASE NUMBER: 08 C 3684

**DAVID PARKER, WILLIAM BERTHA, III,
SAU HAIDARI, LARRY L. RATTLER,
KEN MATLOCK, THOMAS BIGGANE,**   ASSIGNED JUDGE: Joan H. Lefkow
**ANTHONY HERNANDEZ,
MICHAEL J. GALLAGHER, VINCENT J.**   DESIGNATED MAGISTRATE JUDGE:
**WALSH, and CITY OF CHICAGO,**      Morton Denlow

    **Defendants.**

TO:

  **LARRY L. RATTLER**
  **Chicago Police Department**
  **3510 S. Michigan**
  **Chicago, IL 60653**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

  **Irene K. Dymkar**
  **300 W. Adams St., Suite 330**
  **Chicago, IL 60606-5107**

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*J. Cenante*             JUN 3 0 2008

BY DEPUTY CLERK            DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE June 30, 2008 |
| NAME OF SERVER (PRINT) Rebecca Darugar | TITLE Plaintiff's Attorney Staff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X  Other (specify): __Chicago Police Department, 3501 S. Michigan, Chicago, IL 606__53__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __June 80, 2008__         __Rebecca Darugar__
            Date                       Signature of Server

__300 West Adams, Suite 330, Chicago, IL 60606-5107__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.