# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

McKENZIE MORROW,

                Plaintiff,        **SUMMONS IN A CIVIL CASE**

v.

                                                  CASE NUMBER: 08 C 3684

DAVID PARKER, WILLIAM BERTHA, III,
SAU HAIDARI, LARRY L. RATTLER,
KEN MATLOCK, THOMAS BIGGANE,        ASSIGNED JUDGE:  Joan H. Lefkow
ANTHONY HERNANDEZ,
MICHAEL J. GALLAGHER, VINCENT J.      DESIGNATED MAGISTRATE JUDGE:
WALSH, and CITY OF CHICAGO,                      Morton Denlow

                Defendants.

TO:

        VINCENT J. WALSH
        Chicago Police Department
        3510 S. Michigan
        Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        Irene K. Dymkar
        300 W. Adams St., Suite 330
        Chicago, IL 60606-5107

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_J. Cervantes_ (signature)                         JUN 3 0 2008

BY DEPUTY CLERK                                       DATE

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE June 30, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)* Rebecca Danugar | TITLE Plaintiff's Attorney Staff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X Other (specify): <u>Chicago Police Department, 3501 S. Michigan, Chicago, IL 60653</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>June 30, 2008</u>     *Signature of Server:* Rebecca Darugar
            *Date*

<u>300 West Adams, Suite 330, Chicago, IL 60606-5107</u>
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.