IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **McKENZIE MORROW, et al,** | ) | |
| **Plaintiffs,** | ) | 08 C 3684 |
| | ) | |
| v. | ) | JUDGE JOAN H. LEFKOW |
| | ) | |
| **CITY OF CHICAGO, et al,** | ) | |
| **Defendants.** | ) | |

## DEFENDANTS CITY OF CHICAGO AND DEFENDANT OFFICERS' MOTION TO VACATE ANY TECHNICAL DEFAULTS AND TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendants City of Chicago ("the City") and Officers William Bertha III, Sau Haidari, Anthony Hernandez, Michael Gallagher, and Vincent Walsh, ("Defendant Officers"), by one of their attorneys, Susan E. Sullivan, SWANSON MARTIN & BELL, LLP, as Special Assistant Corporation Counsel, respectfully request that this Honorable Court vacate any technical defaults and enlarge the time in which the City and Defendant Officers may answer or otherwise plead to Plaintiff McKenzie Morrow's ("Plaintiff") Complaint until September 23, 2008. In support of this motion, Defendants state as follows:

1. Plaintiff filed her Complaint on or about June 27, 2008.

2. As of August 18, 2008, only five of the nine individual defendants have been served. Officer Walsh was served on or about July 23, 2008, Officers Hernandez and Gallagher were served on or about July 24, 2008, and Officers Bertha and Haidari were served on or about July 25, 2008. Officers Parker, Rattler, Matlock, and Biggane have not been served.

3. Thereafter, the undersigned was retained as Special Assistant Corporation Counsel to represent the City in this matter.

4. The undersigned is in the process of requesting and gathering the documents necessary and scheduling the necessary interviews to respond to Plaintiff's Complaint.

5.  Defendants requests that any technical defaults be vacated and request that the Court grant additional time, until September 23, 2008, for Defendants to file their respective answers to Plaintiff's Complaint so that the documents necessary to respond can be retrieved and reviewed and to allow Defendants to confer with their counsel.

6.  This motion is the Defendants' first request to enlarge time to answer or otherwise plead to Plaintiff's complaint, is not made for the purpose of undue delay, nor will any prejudice result to Plaintiff by the granting of this motion.

WHEREFORE, Defendants City of Chicago and Officers William Bertha III, Sau Haidari, Anthony Hernandez, Michael Gallagher, and Vincent Walsh respectfully request that this Honorable Court vacate any technical defaults and enlarge the time for Defendants to answer or otherwise plead to Plaintiff's Complaint until September 23, 2008.

Respectfully submitted,

SWANSON, MARTIN & BELL, LLP

By:  /Susan E. Sullivan  
Susan E. Sullivan  
Counsel for Defendants

SWANSON, MARTIN & BELL, LLP  
330 North Wabash Ave. Suite 3400  
Chicago, Illinois 60611  
Office: (312) 321-9100  
Fax:    (312) 321-0990  
Atty. No. 06238201  
Email:  ssullivan@smbtrials.com