## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **McKENZIE MORROW, et al,** | ) | |
| **Plaintiffs,** | ) | 08 C 3684 |
| | ) | |
| v. | ) | **JUDGE JOAN H. LEFKOW** |
| | ) | |
| **CITY OF CHICAGO, et al,** | ) | |
| **Defendants.** | ) | |

### NOTICE OF MOTION

TO:   Irene K. Dymkar
      300 W. Adams Street
      Suite 330
      Chicago, IL  60606

You are hereby notified that on **Tuesday, August 26, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Humphrey Lefkow, Presiding in Room 1925, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **Defendants City of Chicago, William Bertha III, Sau Haidari, Anthony Hernandez, Michael Gallagher, and Vincent Walsh's Motion to Vacate Any Technical Defaults and to Enlarge Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is hereby served upon you.

                              Respectfully submitted,

                              SWANSON, MARTIN & BELL, LLP

                    By:   /Susan E. Sullivan
                          Susan E. Sullivan
                          Counsel for Defendants


SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990
Atty. No. 06238201
Email:   ssullivan@smbtrials.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **Defendants City of Chicago, William Bertha III, Sau Haidari, Anthony Hernandez, Michael Gallagher, and Vincent Walsh's Motion to Vacate Any Technical Defaults and to Enlarge Time to Answer or Otherwise Plead to Plaintiff's Complaint** to be sent via e-filing to all attorneys of record listed below on August 19, 2008.

Irene K. Dymkar
300 W. Adams Street
Suite 330
Chicago, IL  60606

By:   /Susan E. Sullivan
      Susan E. Sullivan
      Counsel for Defendants

SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990
Atty. No. 06238201
Email:  ssullivan@smbtrials.com