U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of　　　　　　　　　　　　　　　　　　　Case Number: 08 C 3684

McKenzie Morrow, Plaintiff,

vs.

City of Chicago, et al., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, City of Chicago, William Bertha III, Sau Haidari, Anthony Hernandez, Michael Gallagher and Vincent Walsh

| | |
|---|---|
| NAME (Type or print) <br> KEVIN V. BOYLE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kevin V. Boyle | |
| FIRM <br> SWANSON, MARTIN & BELL, LLP | |
| STREET ADDRESS <br> 330 North Wabash Avenue, Suite 3300 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6209809 | TELEPHONE NUMBER <br> 312-321-8452-kboyle@smbtrials.com |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |